No. 95–692. LAWRENCE INDUSTRIES, INC. *v.* SHARP, TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 95–694. IN RE LAMM. Sup. Ct. N. C. Certiorari denied.

No. 95–697. CROMWELL ET UX. *v.* SECURITIES SERVICE NETWORK, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–699. TROSTER *v.* PENNSYLVANIA STATE DEPARTMENT OF CORRECTIONS ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–702. ARMENDARIZ *v.* PINKERTON TOBACCO CO. C. A. 5th Cir. Certiorari denied.

No. 95–704. HAMID ET AL. *v.* PRICE WATERHOUSE ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–707. SAVANNAH FOODS & INDUSTRIES, INC. *v.* NATIONAL UTILITY SERVICE, INC. C. A. 3d Cir. Certiorari denied.

No. 95–710. BAKER ET AL. *v.* BANK OF BARTLETT ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–715. 1120 CENTRAL CONDOMINIUMS OWNERS ASSN. ET AL. *v.* CITY OF SEAL BEACH, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–718. PENNSYLVANIA *v.* ALBINO. Sup. Ct. Pa. Certiorari denied.

No. 95–721. REPUBLIC OF THE PHILIPPINES ET AL. *v.* WALTER FULLER AIRCRAFT SALES, INC. C. A. 5th Cir. Certiorari denied.

No. 95–722. HALL *v.* PAOLI ORJALES. Ct. App. P. R. Certiorari denied.

No. 95–723. TINSLEY *v.* TRW INC. ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–727. MCCOTTER *v.* VIRGINIA. Ct. App. Va. Certiorari denied.